Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
GUADALUPE CORNEJO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CORNEJO | Case No.: 3:14-cv-00082-EMC |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE EDWARD M. CHEN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 28-day extension of time, to and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

including June 11, 2014, in which to file Plaintiff's Motion for Summary Judgment. Defendant's Motion will be due on or before July 9, 2014; and Plaintiff's reply will be due on or before July 23, 2014

    This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: May 14, 2014        Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Guadalupe Cornejo

DATE: May 14, 2014

Melinda Haag
United States Attorney

/s/ *Francesco Benavides*

BY: _____
Francesco Benavides
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
GUADALUPE CORNEJO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CORNEJO | Case No.: 3:14-cv-00082-EMC |
| Plaintiff, | |
| v. | [PR~~OPOS~~ED] ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 11, 2014, in which to file Plaintiff's Motion for Summary

///

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1 Judgment.  Defendant's Motion will be due on or before July 9, 2014; and
2 Plaintiff's reply will be due on or before July 23, 2014.  IT IS SO ORDERED.
3 DATE        5/19/14



THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3

            */s/ Cyrus Safa*
4
    BY: _____
5         Cyrus Safa
          Attorney for plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-